1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 TRACY ANNE BEDSAUL,                  )       CASE NO. CV 12-2527 AGR
                                         )
12                 Plaintiff,            )
                                         )       JUDGMENT
13         vs.                           )
                                         )
14 CAROLYN W. COLVIN, Commissioner       )
   of Social Security,                   )
15                                       )
                   Defendant.            )
16 _____       )

17

18         IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and

19 that this action is remanded to the Commissioner for payment of benefits for the

20 period beginning April 3, 2009, and for further proceedings as to whether to make

21 representative payments and selection of a representative payee, as appropriate.

22

23

24 DATED: September 23, 2013     _____
                                          ALICIA G. ROSENBERG
25                                    United States Magistrate Judge

26

27

28