1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | TRACY ANNE BEDSAUL,                          )        CASE NO. CV 12-2527 AGR
                                                )
12 |                    Plaintiff,               )
                                                )        JUDGMENT
13 |           vs.                               )
                                                )
14 | CAROLYN W. COLVIN, Commissioner             )
    | of Social Security,                        )
15 |                                             )
                                                )
16 |                    Defendant.               )
    |_____   )

17

18           IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and

19 | that this action is remanded to the Commissioner for payment of benefits for the

20 | period beginning April 3, 2009, and for further proceedings as to whether to make

21 | representative payments and selection of a representative payee, as appropriate.

22

23

24 | DATED: September 23, 2013      _____

25                                         ALICIA G. ROSENBERG
                                           United States Magistrate Judge

26

27

28