**JOEL D. LEIDNER**
*Attorney at Law*
CSBN# 52559
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Telephone: (323) 664-5670
Fax: (323) 662-0840
Email: joel.leidner@igc.org

Attorney for Plaintiff
TRACY ANNE BEDSAUL

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLYN B. CHEN
Special Assistant United States Attorney
   Social Security Administration
   Office of the General Counsel Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415)977-8956
   Facsimile: (415)744-0134
   Email: Carolyn.chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ANNE BEDSAUL,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | Case No: CV 12-2527 AGR<br><br>ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND COSTS<br>PURSUANT TO 28 U.S.C. §§ 192**0**<br>AND 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

1 assignee, shall be awarded attorney fees under EAJA in the amount of six thousand
2
3 dollars and zero cents ($6,000.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d),
4 subject to the terms of the above-referenced Stipulation.

Dated:  October 21, 2013

ALICIA G. ROSENBERG
United States Magistrate Judge

-2-